ISRAEL M. COLEMAN, Respondent, *v.* CATING ROPE WORKS, INC., et al., Appellants.

(Submitted October 5, 1936; decided October 6, 1936.)

516

*James Holden* for motion.

*Ulysses S. Adler* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless undertaking on appeal is filed and appeal is perfected within ten days, in which event the motion is denied.